May 22, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

LEON THOMAS, Appellant

NO. 14-12-00913-CV                         V.

CHANDRA JONES, Appellee

_____

Today the Court heard the parties' agreed motion to vacate the judgment signed by the court below on August 22, 2012, made final by an order of severance signed September 13, 2012. Having considered the motion and found it meritorious, we order the judgment **VACATED AND REMAND** the cause to the trial court for proceedings in accordance with the parties' settlement agreement.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.